AO91 (Rev. 12/03)  Criminal Complaint                                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Darwin Josue GEN-Contreras  
A201 721 223  Honduras

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-1611

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  March 14, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 14, 2019. The defendant is a citizen of Honduras who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on March 14, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Quintanilla, Adalberto  Border Patrol Agent  
Signature of Complainant

Quintanilla, Adalberto   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 16, 2019                                                                                  at   Brownsville, Texas  
Date                                                                                                         City/State

Ronald Morgan        U.S. Magistrate Judge  
Name of Judge           Title of Judge                                                        Signature of Judge